Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET    U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES  ● NO    **DOCKET NUMBER:** 5:23-CR-43-KDB

If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)

**CASE NAME** : US vs IVAN BUXTON GAY, JR.

**COUNTY OF OFFENSE** : MECKLENBURG

**RELATED CASE INFORMATION** :

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : ARREST WARRANT

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ◯ Petty  ◯ Misdemeanor  ● Felony

18 U.S.C. §641 ; 18 U.S.C. §1542

**JUVENILE:** ◯ Yes  ● No

**ASSISTANT U. S. ATTORNEY** : Eric Frick

**VICTIM/WITNESS COORDINATORS:** Shirley Rutledge

**INTERPRETER NEEDED** : No

**LIST LANGUAGE AND/OR DIALECT:** N/A

**REMARKS AND SPECIAL INSTRUCTIONS:** N/A