# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Ivan Buxton Gay, Jr.

Case Number: 5:23-CR-43-KDB

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 18 U.S.C. 641 | N/A | 0-10 years/$250,000/Max 3 years of SR |
| 2 | 18 U.S.C. 1542 | N/A | 0-10 years/$250,000/Max 3 years of SR |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?  ☐ YES  ☐ NO
\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?  ☐ YES  ☐ NO
\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?  ☐ YES  ☐ NO
\* 18 U.S.C. 924(C) ONLY

IF YES  ☐ BRANDISH
       ☐ DISCHARGE