**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CRIMINAL ACTION NO. 5:23-CR-00043-KDB-DCK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **ORDER** |
| **IVAN BUXTON GAY JR.,** | |
| **Defendant.** | |

     **THIS MATTER IS BEFORE THE COURT** on Defendant's Joint Motion to Accept Early Payment of Monetary Penalties (Doc. No. 19). For the reasons stated in the motion, and with no objection from either party, the Court will **GRANT** the motion.

     **IT IS THEREFORE ORDERED** that the Clerk of Court is to accept payment from Defendant into its Treasury Registry Fund pending final judgment and an order of restitution in this matter. Upon entry of the judgment, the Clerk will distribute the funds in accordance with the terms of the judgment without further order of this Court. **IT IS FURTHER ORDERED** that the United States shall serve a copy of this Order upon the Clerk or the Financial Deputy Clerk.

     **SO ORDERED.**

Signed: February 12. 2024

Kenneth D. Bell
United States District Judge

1